[No. 34664-8-II.  Division Two.  September 3, 2008.]

*In the Matter of the Guardianship of* EVELYN REGAN.

EVELYN REGAN ET AL., *Appellants*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 05-4-00329-5, Robert A. Lewis, J., entered
March 6, 2006. *Affirmed* by unpublished opinion per Quinn-
Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[Nos. 35972-3-II; 36189-2-II.  Division Two.  September 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD EDWARD
JEFFERSON, *Appellant*.

*In the Matter of the Personal Restraint of* DONALD EDWARD
JEFFERSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 05-1-02201-2, Christine A. Pomeroy, J.,
and Richard C. Adamson, J. Pro Tem., entered February 15,
2007, together with a petition for relief from personal
restraint. Judgment *affirmed* and petition *denied* by unpub-
lished opinion per Quinn-Brintnall, J., concurred in by Van
Deren, C.J., and Bridgewater, J.

[No. 36092-6-II.  Division Two.  September 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN CHANG,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 05-1-05648-9, Thomas P. Larkin, J., entered
July 7, 2006. *Affirmed* by unpublished opinion per Penoyar,
A.C.J., concurred in by Armstrong and Hunt, JJ.